Kathryn N. Nester, Federal Public Defender
Kristen R. Angelos, Assistant Federal Defender
FEDERAL PUBLIC DEFENDER OFFICE
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060
Attorney for Defendant

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALENTINO THEODORE MARTINEZ,<br><br>Defendant. | DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS<br><br>Case No. 1:15-CR-00083 DAK |

The Defendant, Valentino Theodore Martinez, by and through counsel of record, Kristen R. Angelos, pursuant to DUCrimR 32-1(b), states that, after reviewing the Presentence Report prepared by the United States Probation Office, no sentencing factors as described in this report are disputed by the Defendant, except certain factual discrepancies that have previously been discussed with probation which will be corrected.

Dated this 3rd day of May, 2016.

/s/ *Kristen R. Angelos*
KRISTEN R. ANGELOS
Assistant Federal Public Defender